# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR., | Case No. 3:21-cv-00302-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, | |
| Respondent. | |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 7), which the court grants. The court repeats its warning that petitioner alone is responsible for filing a habeas corpus petition that is timely under 28 U.S.C. § 2244(d)(1), and that no extension of time to file a document or to pay a filing fee is an extension of the one-year period of limitation of § 2244(d)(1).

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 7) is **GRANTED**. Petitioner will have up to and including October 12, 2021, either to file an application to proceed <u>in forma pauperis</u> or to pay the filing fee.

DATED: August 20, 2021.

ROBERT C. JONES
United States District Judge

1