UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **HENRY WILLIAM DEMPSEY, JR.,**<br><br>    **Petitioner,**<br><br>vs.<br><br>**STATE OF NEVADA,**<br><br>    Respondent. | No. 3:21-cv-00302-RCJ-WGC<br><br><br><br>**ORDER** |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Petitioner shall have until July 15, 2022 to file a second amended petition for writ of habeas corpus or seek other appropriate relief in this case.

IT IS SO ORDERED.

Dated: May 11, 2022

*/s/ R. Jones*
HON. ROBERT C. JONES
United States District Judge

-1-