# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR.,<br><br>Petitioner,<br>v.<br><br>WARDEN GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:21-cv-00302-RCJ-CSD<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' second unopposed motion for enlargement of time to respond to the second amended petition for writ of habeas corpus (ECF No. 29) is GRANTED. Respondents have until January 20, 2023, to file a response to the second amended petition for writ of habeas corpus.

Dated: November 18, 2022

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE