# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR., | Case No. 3:21-cv-00302-RCJ-CSD |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his response to Respondents' motion to dismiss. (ECF No. 43.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 43) is granted. Petitioner has until March 15, 2023, to file his response.

DATED this __1st__ day of February 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE