**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR., | Case No. 3:21-cv-00302-RCJ-CSD |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their reply in support of their motion to dismiss. (ECF No. 46.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 46) is granted. Respondents have until April 20, 2023, to file their response.

DATED this __30th___ day of March 2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE