# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR., | Case No. 3:21-cv-00302-RCJ-CSD |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their answer to the second amended petition. (ECF No. 55.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 55) is granted. Respondents have until April 9, 2024, to file their answer.

DATED this __13th___ day of February 2024.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE