# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY WILLIAM DEMPSEY, JR., | Case No. 3:21-cv-00302-RCJ-CSD |
| Petitioner, | |
| v. | ORDER |
| WARDEN GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their answer to the second amended petition. (ECF No. 57.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 57) is granted. Respondents have until May 24, 2024, to file their answer.

DATED this __16th__ day of April, 2024.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1